James M. GRAHAM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48433.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion without an evidentiary hearing.

Affirmed. Rule 84.16(b).